IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> EA EXPRESS LLC, and MARINGLEN CAMAJ <br><br> Defendants. | No. 23-cv-02656 <br><br> Judge John F. Kness |

**AMENDED FINAL JUDGMENT ORDER AND PERMANENT INJUNCTION**

Final judgment is hereby entered in favor of Plaintiff BMO HARRIS BANK N.A. and against Defendants EA EXPRESS LLC and MARINGLEN CAMAJ in the amount of $620,429.32 in contractual damages and interest, which includes $23,285.88 of pre-judgment interest. Post-judgment interest accrues on that amount at a rate of $287.48 per day from the date of this judgment. Plaintiff shall credit the net proceeds of any disposition of collateral to this judgment amount.

Plaintiff is entitled to judgment as a matter of law for replevin. Accordingly, Plaintiff is granted an order of possession entitling Plaintiff to immediate possession of the property identified on the motion for default judgment and attached to this Judgment Order as Attachment A.

To effectuate Plaintiff's right of replevin, Defendants are ordered to specifically perform under the Agreements by surrendering to Plaintiff the property identified on Attachment A. This Court also enters injunctive relief in favor of Plaintiff causing the

surrender or repossession of the property identified on Attachment A. An Order of Possession is therefore entered in favor of Plaintiff and against Borrower as follows:

- Plaintiff is lawfully entitled to immediate possession of the Retained Collateral;

- Borrower and any of its responsible managing agents, officers, directors, or employees, including specifically Guarantor, and any person or entity in active concert or participation with Borrower having actual notice of this Order by personal service or otherwise, is hereby enjoined and restrained as follows: (i) from transporting, using, pledging, selling, transferring, or disposing of the Retained Collateral either in the operation of the business of Borrower or otherwise, except as may be necessary to move or transport the Retained Collateral in order to comply with this Order; and (ii) restricting, limiting, or conditioning either the access of Plaintiff to the Retained Collateral, or Plaintiff's ability to take possession of the Retained Collateral;

- Borrower and any of its responsible managing agents, officers, directors, or employees, including specifically Guarantor and any person or entity in active concert or participation with Borrower having actual notice of this Order by personal service or otherwise, are hereby required to: (i) contact Plaintiff's representative Nolan Broadie (by phone at (319) 832-3512, or by e-mail at nolan.broadie@bmo.com) by the end of the next business day after receiving notice of this Order and disclose

the precise location of the Retained Collateral; and (ii) by the end of the second business day after receiving notice of this Order, surrender the Retained Collateral in its possession, custody, or control to Plaintiff at one or more locations to be designated by Plaintiff and take all actions necessary to allow Plaintiff to obtain access to and possession of the Retained Collateral, including terminating subleases, if any, and obtaining the Retained Collateral from any third parties who may have possession, custody, or control over the Retained Collateral;

- Borrower shall immediately notify all of its responsible managing agents, officers, directors, and employees of the entry of this Order.

Plaintiff's request for a stay of the 14-day period to file a motion for attorneys' fees and costs is granted, and the deadline is stayed until Plaintiff recovers the property identified on Attachment A.

This action was decided by the Court on Plaintiff's motion (Dkt. 21) for default judgment.

SO ORDERED in No. 23-cv-02656.

Date: September 25, 2024

JOHN F. KNESS
United States District Judge

3

# ATTACHMENT A

| Agmt. | Year | Make | Model | Desc. | VIN |
|---|---|---|---|---|---|
| Second | 2023 | MAC | Conestoga | Trailer | 5MAPS5321PN067523 |
| | 2023 | MAC | Conestoga | Trailer | 5MAPS5323PN067524 |
| | 2023 | MAC | Conestoga | Trailer | 5MAPS5325PN067525 |
| | 2023 | MAC | Conestoga | Trailer | 5MAPS5327PN067526 |
| | 2023 | MAC | Conestoga | Trailer | 5MAPS532XPN067522 |
| Third | 2023 | MAC | Conestoga | Trailer | 5MAPS5322PN067529 |
| | 2023 | MAC | Conestoga | Trailer | 5MAPS5328PN067521 |